# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES** | § | |
| **OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 3:21-CR-00056-001-SLG** |
| | § | |
| **vs.** | § | |
| | § | |
| **DAVID CHISHOLM,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>SENTENCING MEMORANDUM</u>

Defendant David Chisholm, by and through his counsel of record, submits this memorandum to aid the Court with imposing a sentence in his case that is "sufficient, but not greater than necessary" to achieve the statutory sentencing purposes of 18 U.S.C. § 3553. Dr. Chisholm respectfully suggests that a variance below the guideline sentencing range of 46 to 57 months is reasonable and appropriate in this case, and requests that the Court accept the recommendation of the U.S. Probation Department and order a non-custodial sentence in this case.

## I.    PROCEDURAL BACKGROUND

On April 30, 2021, Dr. Chisholm was charged via Information with Unlawful Dispensing and Distribution of a Controlled Substance. On

June 3, 2021, Dr. Chisholm appeared pursuant to a summons and pleaded guilty pursuant to a written Rule 11 Plea Agreement. Defendant has been under the supervision of pretrial services since that date and has complied with all court-ordered conditions of release, including cooperating in the preparation of the Presentence Investigation Report (PSIR).

## II.    LEGAL STANDARD

Under *United States v Booker*, while this Court must consider the sentencing guidelines, those guidelines are "merely one sentencing factor among many, and the calculated guideline range must be considered in conjunction with the other section 3553(a) factors." 543 U.S. 220 (2005). The guidelines do not have "quasi-mandatory status." *United States v. Reinhart*, 442 F.3d 857, 864 (5th Cir. 2006). "The guidelines are not only not mandatory on sentencing courts; they are also not to be presumed reasonable." *Nelson v. United States*, 555 U.S. 350, 352 (2009); *Kimbrough v. United States*, 552 U.S. 85 (2007). The guidelines are an "initial benchmark" or "starting point," *Gall v. United States*, 552 U.S. 38, 49 (2007), but there is no "thumb on the scale for the guideline range." *United States v. Sachsenmaier*, 491 F.3d 680, 685 (7th Cir. 2007). In

determining a sentence, the sentencing court must "consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." *Gall* at 52.

Courts may choose to grant a variance from the sentence recommended by the guidelines based on application of the statutory factors contained in 18 U.S.C. § 3553(a), which requires a "sentence sufficient, but not greater than necessary" to meet certain goals. Those factors include consideration of "(1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; (D) to provide the defendant with needed . . . medical care, or other correctional treatment in the most effective manner; (3) the kinds of sentences available; (4) the kinds of sentence and the sentencing range established . . . ; (5) any pertinent policy statement . . . ; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have

been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a).

Ultimately, sentencing should not be mechanical, but rather an act of reason by the Judge looking at a particular person and the circumstances of the crime this person has committed and then making an appropriate judgment. *United States v. Dominquez*, 296 F .3d 192, 196 n.7 (3rd Cir. 2002) ("The Guidelines do not require a judge to leave compassion and common sense at the door to a courtroom."); *United States v. Meyers*, 353 F. Supp. 2d 1 026, 20 17 (S.D. Iowa 2005) ("If the 600-plus pages of the most recent set of sentencing guidelines have taught us anything, it is that punishment cannot be reduced to an algorithm."); *United States v. Biheiri*, 356 F. Supp. 2d 589 (E.D. Va. 2005) ("fashioning a just sentence cannot be reduced to a mere arithmetical exercise and . . . reliance solely on numbers, quantities, offense levels, criminal history categories, and matrices produce[s] an illusory precision that obscures the fact that sentencing in the end must involve the exercise of judgment.").

## III.   THIS CASE WARRANTS A VARIANCE

A review of the § 3553(a) factors demonstrates that a variance to sentence Dr. Chisholm below the guideline range is appropriate. Such a variance is also recommended by U.S. Probation Officer Danyelle Storm in Dr. Chisholm's PSIR.  As discussed below, three of the listed factors are relevant to this case and support a downward variance: 1) Dr Chisholm's personal history and characteristics, 2) the nature and circumstances of the offense, and 3) the need for the sentence imposed. These factors show that the guideline range of 46-57 months is greater than necessary to achieve the goals of sentencing, including the goals of deterrence and punishment. And the remaining § 3553 factors – avoidance of sentencing disparities, types of sentences available, policy statements, and need for restitution – do not change this conclusion.

### 1. History and Characteristics of David Chisholm

David Chisholm, who is 64 years old, is one of four children. His parents, who are 95 and 98, reside in a senior living center in New York. Two of his sisters also live in New York, and his other sister lives in North Carolina. He has no children. Dr. Chisholm has lived and practiced in

Alaska for over twenty years; eventually, he would like to relocate to New York to be closer to his family.

Dr. Chisholm suffers from Grave's disease, which he controls with medication after having his thyroid removed. He also suffers from insomnia and ongoing visual difficulties with prominent eye floaters following an impact injury approximately nine years ago. He does not require any mental health treatment and has no history of substance abuse or addiction.

Dr. Chisholm was an exemplary student, who was a member of Phi Beta Kappa at Cornell University, from which he received his Bachelor of Arts degree in 1979. He received his medical degree from the State University of New York (SUNY), Upstate Medical Center in 1984 and became a diplomate of the National Board of Examiners in 1985. He completed his residency in family medicine in 1987 and was also declared diplomate of the American Board of Family Medicine in that year, a status he maintained and last renewed in 2015. He was declared a diplomate of the Board of Certification in Emergency Medicine in 1996.

Letters in support of and attesting to the character of Dr. Chisholm are being submitted to this Court in this case as Exhibit A to this

memorandum. These letters reveal to the Court the type of person Dr. Chisholm is and the character he has displayed in his life:

- "He was genuinely interested and concerned in his desire to help patients, and people in general. . . . He has, throughout the years I've known him, always been honest, caring, and effective, above and beyond any normal expectations." (Robert Amacher, patient)

- "David Chisholm is intelligent, kind, articulate, patient, and soft spoken. He is not an aggressive individual and I have never gotten even the scintilla of a notion that he would knowingly or maliciously engage in any type of conduct that would be calculated to cause harm to any other individual." (Jeff Carney, attorney)

- "Dave was the igniter of many of our family gatherings, the first to come to our aid, generous to a fault, brilliant, funny, and deeply kind. Different in an almost spiritual way, he was my hero." (Pamela Chisholm Mango, David's youngest sister)

- "Dave is a brilliant, kind, gentle soul with an inquisitive mind who is also a gifted writer and artist. He loves nature and animals. He always has been and continues to be a huge support to the large extended family (spread out across the country) when they have medical issues." (Catherine Chisholm Merrill, David's sister)

- "Many times in extreme pain I would drop in and Dave would sit and talk for as long as I needed without charging; many times for over an hour. He would try to help me sort out emotional versus physical pain." (Norma Cochran, patient)

- [When her father refused to go to a hospital due to fear of doctors and hospitals] "I called Dr. Chisholm knowing if I explained the situation he would help and see my father…. So we went to the office in Wasilla and it turned out my dad had the flu. My Dad after that continued to see Dr. Chisholm and had no fear of doctors beyond that date. Due to compassion and understanding my dad lived into his mid 80s." (Marianne Larson, patient)

- "David Chisholm is an honorable man with strong virtues and principles. David has and continues to be compassionate and goodhearted, often putting others before himself. This is evident in how he treats others in the community." (Ian Marr, owner of cleaning business who maintained Dr. Chisholm's office aquarium)

- "When I was seeing Dr. Chisholm, he felt like he was my friend. I felt at home." (Tim McDaniel, patient)

- "He spends a lot of time with his patients, listens very well, explains thing clearly, offers holistic medicines, and has a great bedside manner." (Teri Megler, patient)

- "He is one of the kindest and courteous doctors that I've ever been to. He gave my wife and I his personal cell number in case we had questions. You don't find many doctors these days that would do that." (Ron and Chris Musbach, patients)

- "He made his practice, and his patients feel like they were family. He listened to them, discussed options. He made them all feel like they mattered. They were important to him. He is a very compassionate person who keeps the small-town Doctor persona in a world where those are few and far between." (Kathy Richardson, former employee)

- "We went to several pain management places and not one would listen…. I took Michael to see Dr. Chisholm hoping to find a caring doctor that would work with us to deal with Michael's pain levels and to understand that we were treating his mental health issues at the same time and removing him from meds that were not helping. This was a major success story for our family. Michael is emotionally stable and had many years of proper chronic pain management through Dr. Chisholm…. As a mom, I am so very grateful to Dr. Chisholm for his empathy and understanding." (Kathy Sidebottom, mother of a patient who suffered a T spine injury at age 10).

- "I found Dr. Chisholm to be polite, cooperative, intelligent and genial. He responded promptly to my periodic requests for

information and input and was rather easy to work with." (John C. Wendlandt, attorney)

- "He was always pleasant, has normal opinions and perceptions, and I enjoyed his company…. Bottom line: Dave does not strike me as a personality who would pose a threat to others in the normal course of life." (Greg Brooker, neighbor)

- "If I told him one of my children or my spouse was ill, injured, or had a negative life event, Dr. Chisholm would always care to ask how they were doing and if there was anything he could do to help. Dr. Chisholm is a selfless and kind man. I know this as a fact…. Dr. Chisholm is a rarity these days. If you were to spend any amount of time with him you would know this to be true. Dr. Chisholm is the doctor you see in the movies where he knows all his patients on a personal level." (James Overland, patient)

- "On the road to a better life you have to start somewhere. Dr. Chisholm was that somewhere for me…. I felt like I had a kindred spirit in Dr. Chisholm. He was willing to listen to all my complaining and negativity and make something good of it." (William Nelson, patient)

## 2. Nature and Circumstances of the Offense

Dr. Chisholm immediately pleaded guilty to the charge in the Information. Dr. Chisholm has treated hundreds of patients in Alaska for over twenty years, including patients with conditions causing chronic pain. Dr. Chisholm was prescribing opiate pain medication for five such patients at the time of their deaths, leading to the criminal charge to which Dr. Chisholm pled guilty. As the government admits, Dr.

Chisholm's prescriptions were not the but-for cause of death or bodily injury to any patient.

The circumstances of this offense involve not only the five patients of Dr. Chisholm who are discussed in the PSIR but should also include an examination of the totality of his medical practice and treatment of patients with chronic pain. Letters from several of Dr. Chisholm's former patients speaking to this issue are included in Exhibit A.[1] Many of the patients talk at length about his efforts to treat their pain without narcotic medication, his strict standards for continued prescribing, and his continued attempts to lower their dosage or to wean them off opioids all together:

- "Dr. Chisholm was working with me to cut down the anxiety medicine I was prescribed elsewhere (many years prior) and I'm happy to report that we have gotten down to ¼ of the amount I started with." (Robert Amacher)

- "My first call to his office, his secretary, Ginny, advised me that Dr. Chisholm would expect me to immediately cut my prescriptions for Ativan, Oxycodone, and Oxycontin in half and we did…Treatment modalities included multiple books on pain relief, physical therapy, counseling, massage, distraction through relaxation/meditation, CBD oil, and art." (Norma Cochran)

---

[1] Many more such letters were received from patients on Dr. Chisholm's behalf. In the interest of brevity, only approximately half of the letters sent by patients have been included in Exhibit A.

DEFENDANT'S SENTENCING MEMORANDUM                                    10

- "I overheard an exchange in the hallway, where Dr. Chisholm was very direct with a patient that he needed to manage or change his lifestyle to handle pain. He instructed the man to investigate yoga, nutrition, and breathing." (Chaplain Ruthann Crosby)

- "I have been in pain management overall for 30 years, and I always tried to talk Dr. Chisholm into giving me more pain medicine, but he would not. He was always trying to get me to reduce…. He was always looking for alternatives to opioids. He taught me yoga on the floor, and he had all kinds of different physical therapy gadgets that he would try in lieu of pain meds." (Claude Garoutte)

- "Under his care I was able to cut my prescriptions because we found other ways to alleviate symptoms and lessen flares. He helped change my diet, exercise, supplements, and even ways to use art therapy in my care… To this day I am still practicing methods of care he taught me and managing my condition with less than half the medication other doctors had me taking." (Kelli Gray)

- "We successfully reduced my medication from 180 15mg tablets (a dose I had been on for an extended period prior to his care) down to 120 a month." (James Grubb)

- "He worked to decrease my doses of opioid pain medication and eventually got me onto Suboxone. At virtually every appointment he would present new ideas to treat my chronic pain that did not involve medication…. I feel more confident in my body and I have more energy. With better posture, I feel more relaxed and everything in my body just works better all because Dr. Chisholm took the time and made the effort to counsel me." (Jeff Jeffers)

- "In the last couple of years of seeing Dr. Chisholm he was able to cut my pain medication by 30 to 50%.... Dr. Chisholm helped me with my chronic pain by teaching me meditation and starting me on an exercise and stretch program…. Dr.

Chisholm also did urine drug testing every visit. No other pain doctor I've been to does urine drug testing every visit." (Tim McDaniel)

- "He would ask me if I needed the amounts of the Xanax and oxycodone for the pain that I was on. I would say yes because of my joints. However with the Xanax, he asked instead of 30 one month could he drop it to 28. I agreed. He asked me that each month until we reached 24. I said just don't write it out, I know you don't like me taking it. I will deal with it. He's the reason I no longer take Xanax!" (Teri Megler)

- "Dr. Chisholm is managing my back pain and leg pain. He was always expressing the fact that pain pills are not the answer. He had books for exercising to reduce pain, he would play music and take extra time finding ways to help us with the pain. Dr. Chisholm was always telling me to reduce the pain meds as much as you can period." (Ron Musbach)

- "Dr. Chisholm told me I was on too much pain medicine and I needed to reduce. He told me he would support me in these pain pill reductions. He was brutally honest with me and told me it would be hard. He was right. Together we came up with a plan. I came off over 200 mg of oxycodone in 3 1/2 months.... Dr. Chisholm was confident I could do it. He gave me the mental tools to do it." (William Nelson)

- "Dr. Chisholm from the first visit encouraged me to <u>lower</u> my level of pain medication. He sought alternate methods of helping me with back pain, and with my kidney stones. He gradually lowered my levels of medication and never once advised me to increase the dosages of my medication." (John Norris)

- "He always encouraged me to use other tools and learn other ways to manage my pain such as exercise, distraction, losing weight, cupping, homeopathic medicine, acupuncture, meditation and yoga. He would make recommendations, referrals, send me links and recommend books, anything to

NOT prescribe me pain medication. He definitely does not recommend narcotic pain medicine that is for sure. I can't tell you how many times he would tell me, in each appointment, that we're in an opiate epidemic and I need to find other ways to treat my pain." (A.J.)

- "I visited Dr. Chisholm's office every month, under the requirements of a contract starting in 2009 until his office closed in 2020…. Should the patient deviate or break the rules of the contract, Dr. Chisholm would no longer care for that patient…. During our visits, Dr. Chisholm always recommended alternative pain relief methods, instruments and guides that were non medication treatments. These alternatives ranged from self-help books, physical exercises, massage tools, exercise equipment, aroma therapy, pain counseling, stretching techniques, ergonomics, posture and always, always recommendations to stop taking pain medication." (James Overland)

While many of his patients were able to reduce their medication and pain during his care, Dr. Chisholm takes full responsibility for prescribing medicine outside of the usual course of medical practice and completely acknowledges his errors in doing so. In all ways he has accepted responsibility for the elements of the crime to which he has pled guilty. This acceptance of responsibility led to the three-level reduction recommended by the PSIR and to which the government agreed.

### 3. Need for the Sentence Imposed

Section 3553(a)(2)(A) requires the Court to consider "the need for the sentence imposed … to reflect the seriousness of the offense, to

promote respect for the law, and to provide just punishment for the offense." A sentence that is excessive compared to the seriousness of the offense promotes disrespect for law and provides unjust punishment. Yet the ranges suggested by the sentencing guidelines have led one former Supreme Court justice to lament that "our sentences are too long, our sentences are too severe; our sentences too harsh . . . there is no compassion in the system. There's no mercy in the system." (Testimony before Senate Judiciary Committee by Justice Anthony Kennedy, 2007). And as at least one Court has noted,

> The increased prison population [in America] is due in large part to longer sentences. For the same crimes, American prisoners receive sentences twice as long as English prisoners, three times as long as Canadian prisoners, four times as long as Swedish prisoners. Yet these countries' rates of violent crime are lower than ours, and their rates of property crime are comparable.

*United States v. Bannister*, 786 F. Supp. 2d 6 17 (E.D.N.Y. 2011).

Indeed, the guidelines recommendation of 46-57 months of incarceration is not necessary to punish Dr. Chisholm, to promote respect for the law, or to afford adequate deterrence. Dr. Chisholm is 64 years old, has no previous criminal history, and has cooperated with the government, the probation office, and the orders of this Court in every

way possible. Further, Dr. Chisholm immediately accepted responsibility for the crime with which he was charged, fully understanding that pleading guilty would permanently brand him a convicted felon and lead to the loss of his medical license and career. Dr. Chisholm is certainly sufficiently deterred from further criminal, or even questionable, activity, as it can fairly be said that the crime to which he pled guilty was an anomaly in his otherwise upstanding and law-abiding life. A custodial sentence is simply not necessary for this defendant.

### 4. Remaining Factors

There is no restitution or forfeiture to be considered in this case.

Dr. Chisholm is the only defendant in this case, so sentencing disparities between co-defendants are not a consideration. As noted by the PSIR, comparison to other defendants convicted of the same crime does not distinguish between medical professionals prescribing medicine and non-medical dispensing of controlled substances. Neither does Dr. Chisholm equate to the numerous doctors who have been convicted of running pill mills, trading prescriptions for cash, or writing prescriptions for persons with whom they did not have a physician-patient relationship. Indeed, the unique circumstances of the offense and the

complex nature of treating chronic pain patients leave the Court without a cohort to whom Dr. Chisholm could be compared in order to judge any such disparities.

The underlying statute imposes a minimum sentence of one year of probation and a maximum sentence of twenty years of incarceration. The statute in question does not limit the type of sentence this Court may impose. Finally, Dr. Chisholm is unaware of any policy statements that would bear upon this Court's determination of a sufficient sentence in this case.

## IV.   CONCLUSION

Dr. Chisholm respectfully asks this Court to evaluate his sentence not only in the confines of the PSIR and court filings but in the context of his life as reflected herein and in the character reference letters being provided to the court. A prison sentence of 46 to 57 months is simply greater than necessary and does not account for the fact that the crime to which Dr. Chisholm pled guilty is not indicative of the person he is or the entirety of his life. Moreover, Dr. Chisholm has already been punished. He is now a convicted felon and will no longer be able to practice medicine. For the foregoing reasons, David Chisholm

respectfully submits that the probation officer's recommendation, as set forth in the PSIR, of a non-custodial sentence is reasonable and appropriate in this case, and requests that this Court sentence him to probation or home confinement.

Respectfully submitted,

/s/ Nick Oberheiden
Nick Oberheiden
OBERHEIDEN, P.C.
NY Reg No. 4619011
nick@federal-lawyer.com
440 Louisiana St., Suite 200
Houston, Texas 77002
(310) 873-8140 (Telephone)
(972) 559-3365 (Facsimile)

**ATTORNEY FOR DAVID CHISHOLM**

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, a true and correct copy of the above and foregoing instrument was served on all counsel of record through the Court's CM/ECF filing system.

/s/ Nick Oberheiden
Nick Oberheiden

# EXHIBIT A

To whom it may concern,

I was a patient of Dr. Chisholm and I thought he was a wonderful doctor, knowledgeable and helpful. He seems to be more of a natural path or homeopathic type provider.

So I was completely shocked when I heard of his practice being shut down. I definitely don't see him as a pill pusher type doctor - at all. He is actually quite the opposite. Even though I am seeing a rheumatologist, chiropractor, physical therapist, massage therapist and have a C5-C6 fusion in my neck, an auto inflammatory syndrome, 2 torn disc's in my lower back, 2 hand surgery's, stage 4 osteoarthritis in both knees (had left knee replacement surgery 3 months ago) he always encouraged me - at every single appointment - to find other methods to cope with my pain instead of narcotic pain medicine.

He always encouraged me to use other tools and learn other ways to manage my pain such as exercise, distraction, losing weight, cupping, homeopathic medicine, acupuncture, meditation and yoga. He would make recommendations, referrals, send me links and recommend books, anything to NOT prescribe me pain medication. He definitely does not recommend narcotic pain medicine that is for sure.

He was very thorough at each appointment, took my vitals, urine sample, examined me and went over my health questionnaire, that I filled out at each appointment, in detail. He was so thorough with each patient of his and spent so much time with each one that he was often behind.

I know we're in a opiate epidemic and that there are doctors out there and patients that are abusing it but neither Dr Chisholm or I fall into that category. It's saddens me that he's being put in that category because he is actually the complete opposite. I can't tell you how many times he would tell me, in each appointment, that we're in an opiate epidemic and I need to find other ways to treat my pain. I started thinking about finding another physician just because every appointment he spent trying to find other ways for me to treat my pain and it was annoying even though I know he meant well.

My friends daughter died of an opiate overdose and some friends of friends have also passed away from opiates - so I know the opiate epidemic is killing people first hand but I truly believe Dr Chisholm is NOT a part of that. He's an excellent Doctor and seems like a good person that wanted to help his patients. This seems more like a witchhunt and I feel bad for doctors like him. The world is not black-and-white it's colorful with many different shades.

Sincerely,
Dr. Chisholm's patient "AJ"

(I prefer to remain Anonymous, his lawyer and doctor know who I am but I don't want to be associated with the opiate crisis at all for this very reason, look what's happening to Dr Chisholm. It's a stigma nobody wants for fear of discrimination and prosecution)

December 21, 2021

Honorable Judge Sharon Gleason
Alaska Court System

Re: Dr. David Chisholm

Dear Judge Gleason:

I, Robert Amacher, am writing in regard to the character of Dr. David Chisholm.
I've been a patient of his for approximately ten years and have always been grateful for the the
superb attention I have received under his care. He was always the utmost professional and at the
same time friendly and accessible.

Dr. Chisholm was my general practitioner but would not hesitate to refer me elsewhere for testing
or further follow up with a specialist if needed. He is the most thorough doctor I have ever seen. He
routinely spent upwards of 50 minutes per visit as opposed to about 10 minutes with any other
doctor I have ever seen. He was diligent in his testing and questionnaires. He wanted to know what
worked and what didn't work. He was genuinely interested and concerned in his desire to help his
patients, and people in general. He would always ask if I had any questions and do his best to
answer each one. If he didn't know the answer, he would do the research to find out. He was
always learning and researching new things.

He is a very holistic doctor. Always trying to integrate natural health measures wherever he saw it
could be of benefit. Promoting things such as exercise, healthy eating, drinking more water,
meditation, probiotics, etc. as alternatives to pain medicine. I've had chronic pain and internal
issues for 50 years and his holistic practices have made substantial differences in my overall well-
being.

Dr. Chisholm was working with me to cut down on the anxiety medicine I was prescribed elsewhere
(many years prior) and I'm happy to report that we have gotten down to 1/4 of the amount I started
with.

One of the most important factors of finding a good doctor (which are few and far between) is trust.
I trust David Chisholm. He is, by far, the best all around physician I have ever had the privilege to
work with. He has, throughout the years I've known him, always been honest, caring, and effective,
above and beyond any normal expectations.

Sincerely,

Robert Amacher

Robert Amacher

November 14, 2021

Greg Brooker
Wasilla, Alaska

Re: Dr. David Chisholm

Greetings,

Dave moved in two doors east of me in 2012. The timing and occasion of our meeting I don't recall, but probably soon after he moved in. Our subdivision is a single loop street through an upper middle income family subdivision with well-maintained houses and grounds; people in the neighborhood are friendly and we mostly get along well. I have met most of the longer term residents and some of the newer folks. Many neighbors walk through the neighborhood regularly as weather allows, our postal station is in the southern portion of the subdivision loop.

My introduction to Dave was probably a short meeting in which we discussed landscape maintenance, the weather, miscellaneous general rambles and tangents. We have gotten along well. Dave had a wife, who moved to her hometown and divorced him at some time shortly after they moved in (I don't recall meeting her). I occasionally had curbside conversations with him over the years, usually generic neighbor topics stirring up a breeze opining about weather, lawns, kids, local, regional and world news.

After Mrs. Chisholm left, Dave got a dog – a sled dog he named Honey. The dog was one of the happiest and friendliest dogs I've ever met; she adopted my wife and me as cousins and would come to visit regularly. I never had an issue with the dog or with Dave because of the dog, and was sorry to see Honey go. While he was bachelor, Wendy and I had him over for dinner at least once. He was always pleasant, has normal opinions and perceptions, and I enjoyed his company.

I am aware that Dave has pled guilty to a crime; however, my knowledge is limited; the only details I have include a 5 second, one time statement on a local TV news program, and a short article in a newspaper. My wife and I were truly shocked to hear this, and it saddens me as it has been my impression that Dave is one of the good guys.

I do not condone the provision, sale or use of illegal drugs, or legal drugs dispensed illegally. Alternatively, I do not disapprove of a trained, caring professional dispensing appropriate medication to ailing patients.

Bottom line: Dave does not strike me as a personality who would pose a threat to others in the normal course of life. Dave's long term service to the community and his patients, and his past successes, should be considered in determining his future.

Greg Brooker
Wasilla, Alaska

**Jeff Carney**
**Carney Law Firm**
**100 West Lakeview Avenue**
**Wasilla, AK  99654**

Phone: (907) 376-5333          Cell: (907) 841-5645                    Fax: (907) 373-5333
Email: JC841104@hotmail.com                                  Alaska Bar No.   8411104

November 22, 2021

United States District Court
District of Alaska
Honorable Sharon Gleason
222 West 7th Avenue
Anchorage, Alaska 99513

Re:  David R. Chisholm, III

Dear Judge Gleason:

I have known Dr. David R. Chisholm for in excess of twenty years, having initially become acquainted with him in the context of a Chapter 13 bankruptcy case, that was filed January 3, 2001 and finalized on May 2, 2007, following the successful completion of a Chapter 13 Plan of Reorganization resulting in a discharge order being issued on April 24, 2007. During the pendency of those proceedings David Chisholm was a model client and was cooperative and conscientious at all times.

Mr. Chisholm's choice of a Chapter 13 repayment and reorganization of debts over the much less on onerous Chapter 7 type proceeding is testament to his level of integrity and dedication to making payments on his obligations as opposed to simply discharging them. He could have taken the easy way out and simply discharged his debts.

David's manner, quiet professionalism and intelligence let to my utilizing his services for nearly all of my medical needs for well in excess of ten years.  He performed those services at reasonable costs and at a level of competency and in a manner that I had not previously experienced.

I commonly develop long-lasting friendships with people who have started out as clients. That is the way things were and are with David Chisholm, even though we go for long periods of time in which we do not interact. This is largely due to how busy we both have been. We share a love of music, especially acoustical guitar and piano. (Neither of us are all that good at it, but we have found that our music takes the edge off the work that we each do to make a living). We also share a dedication to helping people who need our experience and/or mentoring to move forward in a positive manner.

I do understand that Dr. Chisholm has run into to some trouble that has brought him before your court. I have found that people are multi-faceted. David Chisholm is intelligent, kind, articulate, patient, and soft spoken. He is not an aggressive individual and I have never gotten even the scintilla of a notion that he would knowingly or maliciously engage in any type of conduct that would be calculated to cause harm to any other individual. If David has done something illegal, that is but one facet of this remarkable individual. He is still a good person who has a lot to offer society and the people in this or any other community.

I understand that David Chisholm cannot practice medicine at the present time. That is particularly a shame during the worst pandemic the world has seen in the last 100 years. Please fashion a resolution of his pending case that takes into consideration all of the qualities of David R. Chisholm, III.

Yours Truly,

Jeff Carney
Carney Law Firm

December 15, 2021

Hon. Sharon L. Gleason
Judge of the United States District Court; District of Alaska 222
West 7th Avenue
Anchorage, Alaska 99513

To: The Honorable Judge Gleason,

My name is Pamela Chisholm Mango. I am the youngest sister of David Chisholm; I live in Charlotte, NC, although I am temporarily living in Syracuse, NY helping care for my 98-year-old dad and 95-year-old mom along with my sisters.

Dave, before he moved to Alaska, was the igniter of many of our family gatherings, the first to come to our aid, generous to a fault, brilliant, funny and deeply kind. Different in an almost spiritual way, he was my "hero".

I have a particular memory of Dave when I was a young Mom, stressed out, and hurting. Dave had gathered us all for another outdoor birthday party at Green Lakes State Park. As usual, Dave brought most of the food and did most of the cooking. He was a physician in Utica, NY at the time. After the party, Dave, my young son and myself, went for a walk around the lake. By the end of the walk, I was different. Dave just had this way of brightening things with a laid-back air that somehow transformed that day into a magical event.

Over the last 40 years, as my brother struggled through difficult episodes in his life, he would immerse himself in a variety of holistic therapies to reduce physical pain and stress. Dave was and is a teetotaler. He has always relied on natural methods to improve his condition.

I spent extended time at his practice about 15 years ago and watched him "fire" patients, demand urine specimens and spend close to an hour with each patient trying to introduce them to what in effect helped him; the Egoscue method, meditating, stretching, etc. His office was full of books concerning how to alleviate chronic pain without drugs. I remember walking outside his office one day and overhearing two young women complaining about his demands that patients "go natural", do Egosgue. My brother would get on the floor with the patient to show them different exercises for pain relief.

Dave was a doctor that worked with patients in pain. He cared for them, he tried everything to help them, and would prescribe pain meds only when he had to. I have no idea what the detectives discovered, but their "doctor in trouble" is not the typical "doctor in trouble". Money does not matter to my brother. He'd give you the coat off his back. He made minimal income in his practice and has been happy living with very little material sustenance.

Dave's elderly parents cannot be in Alaska due to frailties of age; his three sisters cannot be there due to Covid-19. We all would be there if not for the above. We have always been there for Dave, as he has always been there for us.

Sincerely,

Pamela Mango

December 12, 2021

Hon. Sharon L. Gleason
Judge of the United States District Court; District of Alaska 222
West 7th Avenue
Anchorage, Alaska 99513

Re: Letter of support for Dr. David R. Chisholm

Your Honor,

David is my older brother. I am a retired Physician Assistant and live in Syracuse NY.

Dave was an academically gifted and hard working student, aways earning straight A's in grade/high school and was elected to Phi Beta Kappa at Cornell University. His decision to pursue a career in medicine was a good fit for him as it was both intellectually challenging and focused on helping others.

Dave settled in Utica NY initially where he practiced family medicine and then emergency medicine. After he moved to Alaska, he returned to family medicine and set up his own private practice. Over the years his practice evolved into one where he tried to help and treat the very difficult pain management population. He was seeing only about 5 patients a day and spent an average of 40 minutes (pre-Covid) with each one. His annual salary in recent years was only about $80,000, but it was never about the money for Dave, for which he has very little regard as a significant aspect of life. He truly wants to help patients have better lives. He is a guy who would give you the shirt off his back.

Dave is a brilliant, kind, gentle soul with an inquisitive mind who is also a gifted writer and artist. He loves nature and animals. He always has been and continues to be a huge support to the large extended family (spread out across the country) when they have medical issues. He reaches out to them to check their status and helps explain in layman's terms what is happening.

Dave is absolutely no threat to anyone in the community and is a pacifist by nature. Please consider that his loss of practice, home, medical license and reputation are very significant punishments. Dave essentially has no money or assets other than the rapidly dwindling proceeds from the recent sale of his house, that will largely be eaten up by legal fees.

Our family, his three sisters and his very elderly parents (95 and 98 years old) cannot be in Alaska for his sentencing hearing due to Covid.

Thank you for your consideration.

Respectfully submitted,
Catherine Chisholm Merrill

Nov. 24, 2021

Your Honor,

On behalf of David Chisholm as his patient, starting late 2014. My first call to his office, his secretary Ginny, advised me that Dr. Chisholm would expect me to immediately cut my prescriptions for Ativan, Oxycodone and Oxycontin in half and we did. Each appt. was long timewise and thorough. Treatment modalities included multiple books on pain relief, physical therapy, counseling, massage, distraction through relaxation/meditation, CBD oil and art. Dr. Chisholm asked me each appointment about alcohol use and let me know. "No early refills!" Approximately one year prior to my leaving his care. (2020). I went to a 2 week script refill due to struggling with the decrease in meds. Many times in extreme pain I would drop in (much to his staff's dismay), and Dave would sit and talk for as long as I needed without charging; many times for over an hour. He would try to help me sort out emotional versus physical pain, often saying.

"Give, theres got to be something you're happy about!" And before I left, I was! My experience with Dr. Chisholm, (Dave) has been with a caring and gentle, humble physician. My hopes and prayers are for a lenient sentence where Dave may continue to live and give in our community. I do not believe it is possible to punish pain away... not mine or others.

Thank you for this consideration.
Norma Cochran (retired RN)

(907) 232-6084
5865 E. Bogard Rd. apt. 4
Wasilla, Ak. 99654

Dec. 15, 2021

To the Honorable Judge Gleason,

My name is Ruthann Crosby. I serve as a Chaplain and an Instructor for Chessed Alaska.

I first visited Dr. Chisholm office as a patient for a sinus and ear infection. I found Dr. Chisholm to be an extremely thorough Doctor and very attentive to my symptoms, medical history, and concerns. He often, asked me, about my daily routines to make sure, I ate correctly, exercised, and took care of myself.

On one occasion, Dr. Chisholm office, I overheard an exchange in the hallway, where Dr. Chisholm was very direct with a patient, that he needed to manage or change his lifestyle to handle pain. He instructed the man to investigate yoga, nutrition and breathing. In fact, when you visited Dr. Chisholm office, he often sold books on pain management through spiritual means. He absolutely believed in the book of "Course of miracles," and often referred patients to books on nutrition.

One of the blessings of knowing Dr. Chisholm, is the fact, of working as for a Nonprofit as a Hospice Chaplain, my funds were often limited. Dr. Chisholm was always extremely kind in working with his patients if they were unable to pay. He always allowed his patients to make payments, giving his priority to a patients care first.

As a Chaplain my education in ACPE, Clinical Pastoral Education, in Einstein Medical Center in Philadelphia, I have spent endless hours around trauma and medical doctors. Dr. Chisholm always was a very concerned and professional doctor and a kind person.

Sincerely,

Chaplain Ruthann Crosby, MA

December 8, 2021

To: Judge Gleason

I was a patient Dr. David Chisholm's for 10 years. I have been in pain management overall for 30 years (since 1989), and I always tried to talk Dr. Chisholm into giving me more pain medicine, but he would not. He was always trying to get me to reduce. At the end it seemed like a war to get my pain meds and the little I was getting from Dr. Chisholm he would reduce even that. This was frustrating and Dr. Chisholm explained to me that this was the world that we live in. This frustrated me that the restrictions on pain meds were imposed for what reason I don't know. It wasn't that I was trying to get pain meds to get high. It is well documented I have enough issues to warrant treatment with adequate levels of pain medication.

From my perspective, Dr. Chisholm was a responsible doctor who tried to treat his patients with as little pain meds as possible. He was always looking for alternatives to opioids. He taught me yoga on the floor, and he had all kinds of different physical therapy gadgets that he would try in lieu of pain meds. He offered educational books on holistic pain management. It's the truth and it should be well understood how Dr. Chisholm tried his best to offer a full range of options to pain meds.

I was restricted (including by Dr. Chisholm) from having the pain medicine that would allow me a good quality of life. I was still a productive citizen but by not getting enough pain meds it caused me a lot of emotional pain and suffering as well. My productivity in life definitely depended on me getting enough pain meds to adequately treat my pain. Frustrating is the word. It's like there's a war on not being able to feel normal. The stigma of pain meds, of not being a good person, of being called an addict, all because you're on pain meds. People get blood pressure meds for high blood pressure but getting pain meds is a "no-no" because of the mindset towards opioids and treatment of chronic pain leaves a patient who needs the medicine in a very bad spot. Everyone is so afraid of the life that they have, as limited as it is from restrictions of pain meds, that even this life could be taken away from them.

I paid a lot of taxes and didn't need to go on Social Security Disability, but pain meds were the only reason I was able to keep going. Otherwise, I would have been a burden on the system. Definitely I was an asset to society because of the pain meds.

Thank you,

Claude Garoutte

To Whom It May Concern,

Dr. David Chisholm has been my family physician for over ten years and was my mother's before that. One of the reasons I choose him was not only his wonderful care and bedside manner with my mom, but because of his tendency to explain things clearly and his way of really listening to what his patient has to say. I have Systemic Discoid Lupus and was tired of seeing doctors who either didn't care to learn more about my autoimmune disease, or would push pills at me every time I flared. Dr. Chisholm was not like this at all; in fact it was one of my favorite things about having him as my General Practitioner. He would spend at least a half hour (but usually closer to an hour) in each appointment, making sure to go over anything I felt needed to be discussed and determining our next course of action in managing my disease. He would research things one of us had heard about, show me exercises and various holistic approaches to deal with not only my pain, but my other Lupus symptoms. Everything from breathing exercises to the latest equipment on the market. Under his care I able to cut my prescriptions because we found other ways to alleviate symptoms and lessen flares. He helped change my diet, exercise, supplements, and even ways to use art therapy in my care. My whole family, who saw him as well, was flabbergasted by rumors that someone had thought he might be a "pill pusher" doctor because in our experience, especially in my case, he most certainly was NOT, quite the opposite in fact. I credit him as playing a part in my improving health, and being able to reduce my meds. To this day I am still practicing methods of care he taught me and managing my condition with less than half the medication other doctors had me taking. Dr. Chisholm went above and beyond to give each of his patient's individual and attentive care. I saw him once a month for approximately 10 years and in talking with other patients at the office, I know they were happy with his care as well. I, my husband, and my three children were all sorry to see him close his office. That kind of attentive and personal care is not the norm and we knew that whatever was ailing us Dr. Chisholm would figure it out and have us on the mend in no time. Not only did we know him as a good doctor, we knew him as a good person. My father who knew Dr. Chisholm from the days when he cared for my mother when they lived up here still inquires after him and tells me to tell him hello. I've seen Dr. Chisholm for everything from my Lupus and all its complications to my cervical cancer and heart related trouble from steroids another doctor prescribed me, to asthma, flu, and all of the other illnesses and bumps and bruises of raising three very active kids. Each and every time we felt we received wonderful and personalized care. We were very happy with Dr. Chisholm as our family doctor for all of those years. He truly cared for each of us and took good care of us. We miss him as our Primary Care Provider and wish him well.

Sincerely,

Kelli Gray

Kelli Gray and Family

Wasilla, AK



**Reference letter**

**James grubb** <jamesg574@gmail.com>                                    Mon, Dec 20, 10:06 PM
To: David Chisholm <drdrchisholm@gmail.com>

I did the letter in my notes on my phone. This is how they are shared. You did get the letter tho correct? If not here it is.

# Dr Chisholm Pain Management

To whom it may concern,

This letter is in reference to Dr David Chisholm who served as my pain management doctor from around 2017 until the events that shut his office down last year. I was in a serious motorcycle accident in 2012 that paralyzed my left arm, broke my back and left me with serious nerve damage and pain. As you can probably imagine I have been a patient with numerous pain doctors throughout the years from Alaska spine institute to smaller practices. Out of all the doctors I have seen, Dr Chisholm went above and beyond with patient care. He would sit down every appointment and give a full evaluation every month. He would have an alternative idea every appointment of more homeopathic ways to deal with pain and reduce pain medication. We successfully reduced my medication from 180 15mg tablets (a dose I had been on for an extended period prior to his care) down to 120 per month. He showed a level of care rarely found in the medical field. From my experience with other pain doctors, Dr Chisholm followed the same guidelines as my previous and current doctors have but had a much better understanding and belief in alternative medicine to get away from opioid pain medication.

Sincerely,
James Grubb

[Quoted text hidden]


## To Judge Gleason

**Jeff Jeffers** <jjeffers95@yahoo.com>                                                      Mon, Dec 27, 4:53 PM
To: David Chisholm <drdrchisholm@gmail.com>

To: Judge Gleason

My name is Jeff Jeffers and I was a patient of Dr. Chisholm's for three years until the closing of his practice. Dr. Chisholm was my family doctor and also treated me for chronic pain. What impressed me about Dr. Chisholm was that he spent plenty of time with me, usually 30 to 40 minutes and occasionally longer. He worked to decrease my doses of opioid pain medication and eventually got me onto Suboxone. At virtually every appointment he would present new ideas to treat my chronic pain that did not involve medication. He would advise me on different physical stretches and different ways to massage my body using physical therapy tools. He introduced me to an over the counter topical magnesium spray that helped relax my muscles. He advised me on nutritional supplements to help ease my pain. He also helped me to improve my overall diet and even showed me simple and more efficient ways to cook healthy food. He taught me methods to meditate and to relax mentally which helped my pain. He taught me mind-body approaches to treating chronic pain. He would offer me educational books on treating pain.

Dr. Chisholm was very focused on improving my posture and I would routinely do the posture stretches he recommended. As a result, my posture has really improved and with this improvement has come a lot of health benefits including healing of the pain in my feet so I can walk normal again. I don't slouch like I used to and so the knotted up muscles and pain in my back has gotten better. My body feels much more aligned which allows me to move with greater ease. I feel more confident in my body and I have more energy. With better posture, I feel more relaxed and everything in my body just works better all because Dr. Chisholm took the time and made the effort to counsel me on achieving good posture.

In general, Dr. Chisholm educated me about my health and offered me more holistic treatment options than any other doctor I have ever seen. He always seemed to have tons of ideas to help improve my health that had nothing to do with prescribing medication. He closely followed how my body was doing. In my experience Dr. Chisholm is one of the few doctors that doesn't rush people in and out. Other doctor's offices would spend four minutes with you, take your blood pressure, listen with a stethoscope, tell you everything was good and then you were out the door. Not so with Dr. Chisholm. He was much more thorough.

Jeff Jeffers


Sent from Yahoo Mail for iPhone


## Letter from Marianne Larson

**dw larson** <darinormarianne@gmail.com>                                    Tue, Jan 4, 3:36 PM
To: David Chisholm <drdrchisholm@gmail.com>

Dear Judge Gleason ,

Dr Chisholm has been our family Dr for many years. I was tired of the zoom in zoom out Drs that dont listen and seem to be too busy . I recall being in the room with this man who really seemed to care about me and my kids .

I have always felt relaxed when talking to Dr Chisholm even in the most embarrassing of situations. We have always been treated well . I do recall one incident where i was extremely ill. We did not have insurance at the time due to our work situation . He saw me anyway, it wasn't a matter of money. I was running such a high fever you could feel the heat coming off of me. Dr Chisholm kept me in the room and put IV fluids in me and helped me to stop vomiting. In the mean time he sent my husband to go get antibiotics and nausea medication. I saw David Chisholm for my hip also at a later date and he taught me exercises and spent a lot of time with me making sure I did the moves correctly to achieve the most benefit. It seemed to me he did not always throw pills at the problem .

Dr Chisholm also took care of my father on a certain occasion that I remember well. My father had come in from Alexander Creek after being there for over 2 months. As he walked into the house I could tell something was immediately off about my dad. I accused my big brother of bringing my dad home intoxicated. He wasn't intoxicated.. He refused to go to the hospital because he had a fear of doctors and hospitals from when he was younger. I did what I knew how to do as a medic but knew something was not right. *begged my dad please let me take you to the hospital. He said no because when people go in they dont come out. Wait Dad i said what if i can guarantee a dr that will help you , will you see him I said?? He takes care of us . ok he said... and with that i called dr chisholm knowing if i explained the situation he would help and see my father plus talk him nto whatever needed to be done or help me to get him to the hospital if needed. So we went to the office in wasilla and it turned out my dad had the flu. My Dad after that continued to see Dr Chisholm and had no fear of doctors beyond that date. Due to compassion and understanding my dad lived into his mid 80s.*

*Not all visits were quite so dire, but, when it matters most this man steps up for people. That should be how all Drs are but sadly they are not. David Chisholm is one of the great ones and I feel removing him from his patients is a giant mistake.*

*Sincerely .*

*Marianne Larson  907495-0911*

To Judge Gleason,

My name is Ian Marr I am 45 years old. My wife and I own our own cleaning business, Clean Supreme since 2016. When David asked me to write this letter for him I was honored to do so.
I first made David Chisholm's acquaintance in 2019 when my wife and I did the maintenance and cleaning on his office aquarium. In the years that I have known David I can only say the following about his character.
David Chisholm is an honorable man with strong virtues, and principles. David has and continues to be compassionate, and goodhearted often putting others before himself this is evident in how he treats others in the community. I am not originally from the USA but from Liverpool England, despite this fact David has always treated me as an equal and embraced me as his good friend. From the first time I met David Chisholm I knew he was the type of person who would give you the shirt of his back no questions asked and would not ask for anything in return.

I understand you must make an arduous decision concerning David, as you do not know him in the same manner and circumstances as I do. I pray that this letter has given you a better insight into the person that is David Chisholm and has lessen the difficulty of the decisions you must make.

Thank you for your time and understanding,

Ian Marr

To: Judge Gleason,

My name is Tim McDaniel and I'm writing a letter of support for Dr. Chisholm. I've had a lot of injuries in my life including a broken back when I was 18 years old. I also had a severe car accident years later which further injured my back. Dr. Chisholm was able to get me to the point where I was not in constant pain anymore and I was functioning well. In the last couple of years of seeing Dr. Chisholm he was able to cut my pain medication by 30 to 50%. Dr. Chisholm always treated me as an individual. The problem I face now is that my new pain doctor does not treat me like an individual at all. I'm just a number. There is no personalized care like I used to receive from Dr. Chisholm. My new pain doctor at Algone has told me upfront that they will be treating all their pain patients the same way and they won't listen to any individual needs. They follow one recipe for everybody and if you don't like it you can leave. I can't tell my doctor I might have a problem that is unique to me. He has told me he doesn't care. To my doctor every problem is the same problem and every problem gets the same treatment. This is really hard for me. Dr. Chisholm was never like this. Dr. Chisholm would spend a lot of time listening to me and try to individualize my care. He did a good job of it. I know of a lot of pain patients who are seeing doctors in my current pain clinic who are suffering miserably because they are being treated like a number and their individual needs are not being heard. They are being told not to expect any different treatment.

When I was seeing Dr. Chisholm, he felt like he was my friend. I felt at home. Dr. Chisholm did more than prescribe pain medications for me. He would always ask me about my entire health. I felt like I got personalized care from Dr. Chisholm. When I was seeing Dr. Chisholm my quality of life was good and he was able to slowly wean me down from a higher dose of pain medicine. With my current doctor I sometimes feel like my quality of life is in the toilet. My current doctor does not spend much time with me and I'm usually in and out without much attention. I get my prescription and I'm out the door.

Dr. Chisholm helped me with my chronic pain by teaching me meditation and starting me on an exercise and stretch program. He also helped me with vitamins and minerals (potassium, vitamin D, Zinc) and other nutritional products that he sold in his office (including a product that helped my heart rhythm) for no profit. It was good that Dr. Chisholm carried a stock of these healthy products in his office where I could have easy access.

Dr. Chisholm also taught me the importance of good hydration, to drink a lot of water, which did help my pain. He tried things like kinesiology tape for my pain. Dr. Chisholm always paid attention to what was going on in my life and when it was necessary for me to cut back on my pain medication he followed my progress closely and tailor made a plan to reduce my pain medication. I felt like Dr. Chisholm understood me and understood my stresses and anxieties. He was a good counselor. Dr. Chisholm also did urine drug testing every visit. No other pain doctor I've been to does urine drug testing every visit.

Dr. Chisholm had a good heart and was very compassionate and very supportive. I miss that.

I miss my doctor, and friend. Who I had gone to for 15 years. Feel like I have lost a valuable asset, Dr. Chisholm was like a rare gem, found on the beach, something rare, to be cherished. I feel like someone came into my home, and stole this treasure, away in the night, to never be recovered. That was the crime I personally felt, losing Dr David Chisholm.

Sincerely,

Timothy Ray McDaniel

1-2-22



## Dr. David Chisholm

**Mate Megler** <meglermate@gmail.com>           Fri, Dec 31, 3:41 PM
To: <DrdrChisholm@gmail.com>

11/12/21

To: The Honorable Judge Gleason

My name is Teri Megler. I've been a cancer patient since 2016. I did my treatments in Chicago and my care team insisted I have a family doctor because of my migraines and five TIA strokes. I chose Dr. Chisholm.

At my first appointment I filled out paperwork, spoke about my cancer and my Chicago care team. Dr. Chisholm took my blood pressure, listened to my heart and lungs, watched me walk because of 7 left knee surgeries. He had me sit up against the wall, legs out straight to stretch. Then he had me lay on the floor with my legs up on a chair to help with my lower back problems to ease the pain. At every appointment after, he took my blood pressure, listened to my heart and lungs and took my heart rate and oxygen. We spoke about my migraines, cancer treatments etc. My appointments for about 40 - 50 minutes as well as other patients before me.

I have neuropathy in my hands because of the cancer. At one of my appointments, Dr. Chisholm was with another patient and came into my room to get something. He noticed my hands were a different color. He put some gloves on them and put a heater close to me. He said, "keep them by the heat and I will be back in a few minutes." I could see him in the hallway with the other patient. Dr. Chisholm had him on the floor doing exercises.

I broke my left femur in 1997. I have had seven knee surgeries and a lot of doctors. I even went to the Mayo Clinic in Jacksonville Florida and spoke to an ortho doctor. They did not help me. From the accident part of my thigh muscle was shifted to the side of my leg. Dr. Chisholm is the only doctor that ever helped with the pain. He showed me how to stretch it. Since then I can deal with it better.

When Covid started I was unable to go back to my Chicago care team. They started denying my prescriptions. I spoke to Dr. Chisholm about it and he took them over for me as they were denied. He followed

the exact medication list I was already taking for my cancer. Two being Xanax and oxycodone. I signed paperwork agreeing to take a urine test from that point on. I did at every appointment. He said to me at an appointment that he didn't like the pain management part of his office. I asked why and he said he just didn't like writing those scripts. He would ask me if I needed the amounts of the Xanax and oxycodone for my pain that I was on. I would say yes because of my joints. However with the Xanax, he asked instead of 30 one month could he drop it to 28. I agreed. He asked me that each month until we reached 24. I just said don't write it out, I know you don't like me taking it. I will deal with it. He's the reason I no longer take Xanax!

Dr. Chisholm is a very soft-spoken doctor. He spends a lot of time with his patients, listens very well, explains things clearly, offers holistic medicines, and has a great bedside manner. He always makes sure I'm drinking plenty of water and he was always in a good mood. If I asked him something he didn't know, he would find out the answer before I left the appointment. During Covid he came out to my truck. Still took blood pressure, heart rate, oxygen, listened to heart and lungs. He is very personable and easy to talk with. He would ask about my family and how things are at home. During Covid, how I was doing with that. I told him not very good. He suggested I get out of the house to enjoy the fresh air, to do some reading or just take up a new hobby. I know he was always concerned about his patients. He never rushed us. My appointments along with others there before me while I was waiting, when the appointment would get to be so long, one of the girls from the front would walk by and say "OK we have patients waiting." He always made sure his patients had enough time with him. Even when I saw him around town he was the same. We would stop and talk for a while.

Dr. Chisholm has taken great care of me since the first day I walked in the office till the last day he closed his doors to which I was shocked and never saw coming. I had always been concerned about why that happened and he was unable to be my doctor anymore. It wasn't until months later that I saw what was written on the Internet. I didn't believe anything I read. He was never that Dr. they described with me or other patients I saw and heard him with. it brought tears to my eyes to see how they were describing him because that was not my doctor. Dr. Chisholm is the exact opposite of that person.

If any patient needs a lot of pain medication, it's a cancer patient. I had 18 rounds with two bags each of chemo and took a chemo pill for five years every day. I had so much joint pain and it made my knee and back worse. The only thing Dr. Chisholm wrote for me originally was Topamax for my migraines and made sure I was taking the aspirin every day for the strokes. He never offered anything for the cancer other than what I was already taking. He would periodically ask about lowering the oxycodone. I just couldn't lower that one because of the pain. But he is the reason I don't take the Xanax anymore. The cancer is gone but I'm left with so many problems. Dr. Chisholm never change my medication list. I was no longer a patient in Chicago, I was his patient. He helped me by making sure I was able to keep taking the cancer med and all the others for the problems from that cancer medication which was that chemo pill to keep the cancer from coming back. He was my only doctor that would help me.

As I close my letter I would like to save this please. Dr. David Chisholm was always very well spoken, respectful and well mannered. I hope he can get back to doing what he does best which was taken care of People. I have had a lot of doctors in my years for many different reasons and there are very few that share his same qualities.

I have always been proud to say he was my doctor and I always will be proud to say that Dr. Chisholm was my doctor. All you have to do is talk to him to know that he cares very much about his patients.

Sincerely,

Teri Megler

To Whom This May Concern:

My wife and I have been going to Dr. Chisholm for over 12 years. He's always been a good doctor. He always taking 45 minutes to an hour to explain things and go over health situations. He is one of the kindest and courteous doctors that I've ever been to. My wife and I are 60 years old, so we have been to a lot of doctors. Dr. Chisholm is managing my back pain and leg pain. He was always expressing the fact that pain pills are not the answer. He had books for exercising to reduce pain, he would play music and take extra time finding ways to help us with the pain. Dr. Chisholm was always telling me to reduce the pain meds as much as you can period. Over the years he reduced my pain considerably. He gave my wife and I his personal cell phone in case we had questions. You don't find many doctors these days that would do that. I remember one time my wife pulled a muscle and she called Dr. Chisholm after hours. He told her to put ice and then heat on it then come in the next day after she got x rays. He did many tests, x rays, MRIs over the years and went over every detail with us.

Ron and Chris Musbach

12/3/21

Sign: _Ronald Musbach_

Date: _12-6-21_

Sign: _Chrisandra Musbach_

Date: _12/6/2021_

12/28/2021

To: Judge Gleason

I consider myself a success story. I believe in accountability. For 18 years I was on pain medications. I've had both hips replaced. I've had chronic back pain and sciatica. I became very overweight. I didn't have much of a life for years. Dr. Chisholm directed me on a road of physical, mental and emotional rehabilitation. He truly helped me become the person I am today. I am proud of who I am. I used to weigh 360 pounds and now I weigh 203 pounds and I even got down to 183 pounds before Covid. My waistline was 50 inches and now it's 35 inches. I go to the gym regularly. I eat a healthy diet.

Dr. Chisholm would listen to me closely and he would support me. He got me involved in a stretching program that radically improved my posture. I used to stand and walk like a bent over old man. I was slow to move. I used to just sit on the couch and do nothing. Now I stand up straight and regularly walk the streets of my neighborhood. People recognize me now as the guy who is always doing exercise walking. They wave at me. I smile back. This is the new me. I am a fit and strong guy who has a lot of endurance.

Dr. Chisholm told me I was on too much pain medicine and I needed to reduce. He told me he would support me in these pain pill reductions. He was brutally honest with me and told me it would be hard. He told me I would often feel lousy and sick. He told me that in the end it would be worth it. He was right. Together we came up with a plan. I came off of over 200 mg of oxycodone in 3 1/2 months. I know I was not the only one who Dr. Chisholm helped come off of pain meds. For eight months after I came off of pain medicines I still had a lot of bad withdrawal symptoms. I would have violent shaking every night. I could not sleep. My thoughts would betray me. I still had craving for pain medicine for two months after stopping. I had physiological disruption. I fought through it. I did it on my own. Dr. Chisholm was confident I could do it. He gave me the mental tools to do it. I had a nurse manager who wanted initially to get me on Suboxone, but I wanted to come off pain medicines without Suboxone. Dr. Chisholm gave me the encouragement. My insurance would pay for only six weeks of physical therapy. After that I relied on a home physical therapy program which Dr. Chisholm helped me establish.

I had to totally change the way I looked at the pain in my body. Looking back I realize in some strange way that I loved my pain. I had an allegiance to pain. My pain was who I was. My pain was my identity. That is a sad fact but I had to confront this fact. I now have a new identity free of needing any pain. I have grown as a person. Dr. Chisholm was my teacher in much of this.

Dr. Chisholm was well known for spending too much time with his patients. That was a fact! At my every visit with Dr. Chisholm the nurse would come back to speed up the visit.

When you walked into Dr. Chisholm's exam room it was full of books and information on healthy living and natural treatment of pain. He had spiritual literature. He had machines and tools everywhere that could help with physical rehabilitation. He spent a lot of money on all this stuff. Years later I'm still wearing the insoles that he fit for my feet that helped with foot pain and posture. I still have a dogeared book that I got from Dr. Chisholm which showed me how to improve my posture with floor stretches. This book was instrumental in turning my life around. With the instructions in this book I was able to

unlock my back for the first time in years. I showed this book to my physical therapist who was also a doctor. She had not heard of the book but was very impressed with it. I ended up teaching her something about posture therapy that even she did not know.

On the road to a better life you have to start somewhere. Dr. Chisholm was that somewhere for me. He helped me to completely revamp my life. I felt like I had a kindred spirit in Dr. Chisholm. He was willing to listen to all my complaining and negativity and make something good of it. He supported me when I needed support. He would keep asking me if I was following the program. I heard him encourage other people the same way. His follow up was always excellent. I never heard any negativity from Dr. Chisholm. He would use humor which is what I needed. I would often get depressed. With his positivity he helped me with that. Overcoming my pain has taught me a lot about myself. I feel good about the person I am.

I have a better understanding about the muscular support structure of my body because of Dr. Chisholm. I know how to control pain in my spine. I know the importance of a strong core, both front and back. I have worked on my frontal strength to help with some weaknesses in my back. I've gotten over the idea that I am a fragile body. I have built up confidence in my body. I'm strong. I'm proud of this. This didn't start from nothing. Dr. Chisholm got it going. Education and encouragement. That's what did it. It means a lot to me that I am as good as I can be. I am the better person that I always wanted to be. I feel Dr. Chisholm often does not get the credit that he deserves for helping people like me. It takes accountability and Dr. Chisholm taught me accountability.

I know that Dr. Chisholm had a low tolerance for people who abused prescription pain medication. Six or seven times I personally witnessed him firing people from pain management for abusing pain pills.

I remember when I had a bad staph infection on my skin. Dr. Chisholm would call me every two hours at home to see how I was doing. He figured out that another doctor had put me on the wrong antibiotics and he made the change which got rid of the infection. Dr. Chisholm followed things closely like that. There's no way that I'm the only one that Dr. Chisholm treated so well. That's who he is.

I would be willing to testify for Dr. Chisholm and tell it like it is. I'm sure that Dr.Chisholm has had a lot of other success stories similar to mine.

Sincerely,

William V. Nelson

6601 E. Pike St
Wasilla, AK 99654

Regarding David Chisholm
in the matter before the court

I met Dr. Chisholm when the doctor I had at the VA, Dr. Budzak quit due to overwork, and conditions in the VA. Dr Chisholm took me in as a patient. I went to him for over 1 year, I havent checked records for exact length of time.

Dr Chisholm from the first visit, encouraged me to lower my level of pain medication. He sought alternate methods of helping me with back pain, and with my Kidney stones. He gradually lowered my levels of medication and never once advised me to increase the dosages of my medications.

Dr Chisholm provided me with acupuncture and excersises to help alleviate my pain. He also thought to check my blood sugar and found I had type 2 diabetes. He taught me how to lower my blood sugar levels.

Doctor Chisholm helped me in several ways and was always interested in my ideas and input as a patient. He always answered my questions and would not hesitate to check out information on the internet to assist in my health. He spent more time than any other doctor I've had talking to me about my concerns.

In my opinion Dr Chisholm is a good person, as well as a good doctor. I would ask the court to give him the minimum possible punishment, and I do not believe he should go to prison. He had patients who lied to him and he should not be held responsible for the actions of other's. My name is John Norris @ 23503 W Susitna pkwy, Wasilla AK 99623 - 907 892 1717 and a search of my medical records will show how Dr. Chisholm lowered my medications. The court may contact me, as well, if necessary.

John P. Norris    November 4, 2821

To Whom it may concern,

I am writing on behalf of David Chisholm in an effort to provide first hand knowledge of the care provided while under Dr. Chisholm's care as my primary doctor. Due to the nature of the care that I required, I visited Dr. Chisholm's office every month, under the requirements of a contract starting in 2009 until his office closed in 2020. The contract, if reviewed outlines and details the patients responsibility while receiving pain medication prescribed by Dr. Chisholm. Should the patient deviate or break the rules of the contract, Dr. Chisholm would no longer care for that patient for obvious reasons. I feel it is important to stress the patients responsibility to follow the doctors instruction to receive safe, supervised care related to pain medications and how serious Dr. Chisholm was in providing this care. While pain relief is the primary motivation for me seeing Dr. Chisholm, it is not the only reason I needed his care. Dr. Chisholm was my family doctor, the doctor whom I called upon for any physical issue requiring a doctors care as any other family doctor currently does. Dr. Chisholm is somebody I could call on for medical care day or night and would be happy to help in any way he could. I know he genuinely cared for his patients well being. I recall having many after office hours phone calls from Dr. Chisholm because he was concerned with how I was doing. He did not charge me for the call, he was genuinely concerned. The issue didn't have to be for myself either. If I told him one of my children or my spouse was ill, injured or had a negative life event, Dr. Chisholm would always care to ask how they were doing and if there was anything he could do to help. Dr. Chisholm is a selfless and kind man. I know this as a fact.

During our visits, Dr. Chisholm always recommended alternative pain relief methods, instruments and guides that were non medication treatments. He would take the time to demonstrate the alternative recommendation and allow the patient to try or test it to see if it helped them. We would also watch educational videos pertaining to the alternative treatments. These alternatives ranged from self help books, physical exercises, massage tools, exercise equipment, aroma therapy, pain counseling, stretching techniques, ergonomics, posture and always, always recommendations to stop taking pain medication. Dr. Chisholm would discuss and stress the negative effects of treating pain with opioid medications. It was always his goal to find non medicated pain relief for his patients and improve their quality of life. If you need further proof of this, I would urge you to look at Dr. Chisholm's Amazon purchase history and I still have many messages on my phone that can be reviewed to validate my statements if need be. I guarantee the purchase history alone will provide an outline that supports what I am telling you in this letter. Dr. Chisholm like many Alaskans, utilized online shopping to provide his patients with alternatives to pain medication at cost. Dr. Chisholm did not want to profit from these sales and that your

honor, speaks to his character. Dr. Chisholm is a rarity these days. If you were to spend any amount of time with him you would know this to be true. Dr. Chisholm is the doctor you see in the movies where he knows all his patients on a personal level. The only way to achieve such a relationship with a person is spend time with them. Dr. Chisholm took that time, each and every visit. Most of the visits Dr. Chisholm would receive a verbal chaffing from the office personnel due to him running behind schedule because he was spending an excess amount of time with each patient. It was never his goal to get you in and get you out as quickly as possible. No, that is what I currently find in most doctor offices but you would never feel that way with Dr. Chisholm.

Dr. Chisholm does not deserve the unjust treatment he is being given. Anyone who looks can see that once the "opioid crisis" was established by the CDC, Dr. Chisholm took action. His patients receiving pain medications were required to reduce their treatments every month with the CDC guideline as the final target. I probably don't need to tell you that there is a safe way and an unsafe way to achieve this. Dr. Chisholm chose the safe way for his patients by utilizing a step wise reduction every month. A gradual and safe reduction from a dangerous medication that if stopped abruptly can cause serious and even fatal side effects.


Sincerely,

James Overland

November 23,2021

Dear Judge Gleason,

I had worked for Dr. Chisholm for 4 years and in that time, I had the pleasure of working with a very caring and considerate individual. Although his appointments were only supposed to be 15 min long, he always went over the time limit. His appointments averaged at least a half hour for established patients, and he only charged for a 15 min appointment. He would take the time to ask questions, do some simple exercises and to try distraction techniques. Like art, music, massage, reading self-help books, good nutrition. He spent countless amounts of money on products to help his patients deal with their pain without extra medicine. He purchased many items and resold them at a loss, so his patients were able to get relief without extra pain medicine. Such as low impact exercise equipment to help build up muscles, musical instruments art supplies for distraction and soothing, self-help books for managing pain, braces, vitamins and supplements. He would hear about the latest trends for distraction like tapping and try it out on patients. He cared for his patients. He made sure that every patient had his personal cell phone number in case they needed him for any reason. He was also a primary care physician for a lot of his patients. So not only did he manage their pain but also their maintenance medicines. So, he was well informed on everything that the patients were taking.

For new patients, the appointment is scheduled for 1 hour, but it would always last at least 2 hours. He would speak with the patient then give them a thorough exam, after that he would have them lay on a mat on the floor for simple exercises and evaluation. He would check things that a different Doctor would not even think about.

He made his practice, and his patients feel like they were family. He listened to them, discussed options. He made them all feel like they mattered. They were important to him.

He is a very compassionate person who keeps the small-town Doctor persona in a world where those are few and far between.

Respectfully,

December 24, 2021

To Whom it may concern:

I am writing this letter for Dr. Chisholm regarding his treatment of my son as a mother's perspective. I understand that pain management is a difficult process. Through my own personal experience, I know how under treatment of long-term chronic pain can have many adverse effects.

Quality of life is important and unfortunately long-term chronic pain has a devastating effect on a person's quality of life. Michael had a T Spine injury when he was 10 and had severe muscle spasms in his back from age 12 that come and go based on his spinal health. He had gotten to a very bad place by age 21 and could no longer handle the pain on his own anymore. We were working with Michael since age 14 when he was first diagnosed with depression and the doctor felt at that time it was a situational depression. He had a lot of pain on and off and was not sleeping well. He kept on trying. By age 20 he was done and wanted the pain to stop and started having suicidal thoughts. He didn't really want to die. He wanted the pain to stop.

For two years in 2006 - 2008 Michael was receiving intense Mental health and Cognitive behavior therapy on a regular basis and we had done all we could to bring him to a quality of life that would stabilize him mentally. At that point, his therapist recommended Michael take Methadone for his chronic back pain as it was a more consistent. I was not familiar with Methadone, and I worked with a friend who was a nurse who knew Michael from childhood. We both agreed that the drugs he was on for mental health were destroying who Michael was and not helping stabilize or bring quality of life. I will never forget her words. She said "Kelly, the MH drugs they are giving Michael are powerful and they are not done yet. If this keeps up, he will no longer be Michael and I happen to love him just the way he is. It's time to find a pain management plan that works, that he can depend on that that will allow him to function, because I do not believe he will be with us much longer if we don't find a way to help him." Those words hit me hard as she would not say them if she didn't believe them, and I secretly felt the same but had not said so out loud.

We went to several pain management places and not one would listen. They agreed he was in pain but would not take him as his mental health was more of a problem in their opinion, even though we were treating that already and needed support for pain. I heard that Dr. Chisholm was kind and would listen. I took Michael to see Dr. Chisholm hoping to find a caring doctor that would work with us to deal with Michael's pain levels and to understand that we were treating his mental health issues at the same time and removing him from meds that were not helping. Our plan was to treat his pain with a medication that was more consistent as a long-term option. Per his mental health therapist. The hope was that he would stabilize emotionally as his pain was treated. That was in 2008.

This was a major success story for our family. Michael is emotionally stable and had many years of proper chronic pain management through Dr. Chisholm. We spoke many times over the years to coordinate his treatment for pain and cognitive behavior therapy as both were needed to bring him to his best. The pain meds motivated him to get out and kept his pain levels stable and he was active and happy. Everyone in our circle noticed that he was isolating much less and getting out of his room regularly and helping us with our property. He was living his best life in the woods where he loves to be.

As a mom, I am so very grateful to Dr. Chisholm for his empathy and understanding. He listened to the recommendation of Michael's mental health doctor and helped us find a way to treat the pain consistently with Methadone. Michael never requested an increase and Dr. Chisholm never tried to increase and was always trying to help Michael decrease and add positive habits in his life to stay health emotionally as well. He stressed regularly that stretching was something Michael needed to do daily as much as possible. He gave Michael the guidance he needed to keep his spine as healthy as possible.

Michael no longer sees a doctor for chronic pain as he is afraid to start that process as it is brutal emotionally. He barely survived the last time we went through that. So, I get it. Since he stopped seeing Dr. Chisholm, he's gone backwards as to his motivation and is isolating again for the past year. He is not on anything for pain currently. He is going to try to go without and I support that. He is such a good man and I really hope this works as he deserves to be happy. He is not getting out like he did when his pain was managed. I also see him deteriorating emotionally and will be keeping a close eye on him. I don't know what we will do if he declines and is not able to function if his depression returns due to chronic pain. Time will tell.

Depression and suicide are real for those who suffer from chronic long-term pain and can't get help. It is getting very hard to find help and there are those who will lose their lives due to depression that comes from living with untreated or under treated long term chronic pain. That is real too.

Kelly Sidebottom

John C. Wendlandt
19825 Fairmount Circle
Eagle River, Alaska 99577

January 5, 2022

U.S. District Court, District of Alaska
James Fitzgerald U.S. Courthouse
222 West 7th Avenue, Suite 229
Anchorage, Alaska 99501

Re:    United States v. David R. Chisholm
       Case No. 3:21-cr-0056-SLG

To Whom It May Concern:

I offer this letter of reference for consideration in association with the sentencing of Dr. David R. Chisholm in the above criminal proceeding. Please contact me with any questions regarding the matters discussed below.

I am an attorney and actively engaged in representation of clients in civil matters in Alaska since 1990. From 2005 I have done so as member of the Anchorage law firm of Sedor, Wendlandt, Evans & Filippi.

From 2016 to 2021 I assisted David Chisholm and his business, Camelot Family Practice, in several matters involving operations and collection. During that time I found Dr. Chisholm to be polite, cooperative, intelligent and genial. He responded promptly to my periodic requests for information and input and was rather easy to work with. I would be happy to continue this representation in the future if Dr. Chisholm should have need for assistance.

Please feel free to contact me with any questions regarding this letter.

Sincerely,

John C. Wendlandt

John C. Wendlandt